# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lisa L. Stare  
       Debtor(s)

BKY. NO. 14-04524 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0035

                                Respectfully submitted,

                                **/s/ Thomas Puleo**  
                                Thomas Puleo, Esquire  
                                James C. Warmbrodt, Esquire  
                                KML Law Group, P.C.  
                                701 Market Street, Suite 5000  
                                Philadelphia, PA 19106-1532  
                                (215) 825-6306 FAX (215) 825-6406  
                                Attorney for Movant/Applicant