```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 14-04524-MDF
Lisa L. Stare                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr        Page 1 of 1              Date Rcvd: Feb 16, 2017
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
4586515        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA  50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    CitiMortgage Inc. pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Lisa L. Stare pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-04524-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisa L. Stare
34 Church Street, Apt. B
Glen Rock PA 17327

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

Nationstar Mortgage LLC
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
Nationstar Mortgage LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/18/17

Terrence S. Miller
**CLERK OF THE COURT**