## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa L. Stare                                        **Chapter** 13

      **Debtor(s)**                          **Case No.** 1:14-BK-04524-RNO

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM | TO |
|---|---|
| Lisa L. Stare<br>34 Church Street<br>Apartment B<br>Glen Rock, PA 17327 | Lisa L. Stare<br>209 Hanover Street<br>Glen Rock, PA 17327 |

| Date: August 25, 2017 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |